JS-6

FILED
CLERK, U.S. DISTRICT COURT
12/8/2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR DELGADILLO MARTINE,<br><br>   Petitioner,<br><br>   v.<br><br>STATE OF CALIFORNIA,<br><br>   Respondent. | Case No. CV 16-6630-MWF (KK)<br><br>JUDGMENT |

   Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: December 8, 2016

_____
HONORABLE MICHAEL W. FITZGERALD
United States District Judge